IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In the Matter of the Criminal Complaint )
And arrest warrant for Mitchell Oakes ) Case No. 16 mj 2107

**ORDER**

It is hereby ordered that all documents related to the instant proceeding be filed under seal.

By: _____
E. Clifton Knowles
United States Magistrate Judge